MAEVE ELISE BROWN, (SBN 137512)
NOAH ZINNER (SBN 247581)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin St., Suite 1040
P.O. Box 29435
Oakland, CA 94604
Telephone: 510-271-8443
Facsimile: 510-868-4521
nzinner@heraca.org

Attorneys for Plaintiff,
Katheryine Austin

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Daniel George McLorin<br>Debtor, | Case No: 09-71326, Chapter 7<br><br>**ADVERSARY PROC. NO. 10-04065**<br><br>JOINT STIPULATION AND REQUEST FOR FOR DISMISSAL; [PROPOSED] ORDER FOR DISMISSAL. |
| Katheryine Austin<br><br>    Plaintiff,<br><br>v.<br><br>Daniel George McLorin,<br><br>    Defendant. | |

Plaintiff Katheryine Austin and Defendant Daniel McLorin hereby request the Court to order the dismissal of the above referenced adversary action without prejudice and without cost. Plaintiff and Defendant jointly agree to this request for dismissal, based on the entry of an order of restitution by the Superior Court of California, County of Contra Costa.

Dated: June 9, 2010

_____
Noah Zinner, Attorney for Plaintiff,
Katheryine Austin

REQUEST FOR DISMISSAL; [PROPOSED] ORDER      ADVERSARY PROC. NO. 10-04065

1 | Dated: 6/5/, 2010

*Daniel McLorin* (signature)

Daniel McLorin, Defendant in Pro Se

REQUEST FOR DISMISSAL; [PROPOSED] ORDER        ADVERSARY PROC. NO. 10-04065